**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| DILLONGER JOHN MAJORS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:22-cv-01182-SEP |
| | ) | |
| KENNETH BOYER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court are Plaintiff's Motion for Sanctions, Doc. [70], and Motion to Appeal, Doc. [74].

Plaintiff's Motion for Sanctions alleges Defendants falsified the date in a certificate of service on discovery submitted to him.  Doc. [70].  Defendants admit that, due to a clerical error, the certificate of service stated the document was mailed on May 7, 2024, when it should have stated June 7, 2024.  Doc. [71].  The Court finds there is no basis to sanction Defendants and the motion will be denied.

Plaintiff filed a motion seeking to "appeal" the Court's Order dated July 11, 2024, Doc. [73], granting Defendants' Motion for Extension of Time, Doc. [72] to file a dispositive motion. He alleges Defendants have denied him discovery needed to oppose a motion for summary judgment.  Since the filing of the motion, Defendants filed a motion for summary judgment and Plaintiff has filed a response.  The motion will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Sanctions, Doc. [70], is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appeal, Doc. [74], is **DENIED** as moot.

Dated this 17th day of March, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE